# EXHIBIT B



# Service of Process Transmittal
11/20/2020
CT Log Number 538627223

| | |
|---|---|
| TO: | Cassandra Bishop<br>The Hertz Corporation<br>8501 Williams Rd<br>Estero, FL 33928-3325 |
| RE: | **Process Served in California** |
| FOR: | Hertz Local Edition Corp.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| TITLE OF ACTION: | MICHELLE ROMAN, etc., Pltf. vs. HERTZ LOCAL EDITION CORP., etc., et al., Dfts. |
| DOCUMENT(S) SERVED: | - |
| COURT/AGENCY: | None Specified<br>Case # 37202000041267CUOECTL |
| NATURE OF ACTION: | Employee Litigation - Wrongful Termination |
| ON WHOM PROCESS WAS SERVED: | C T Corporation System, Los Angeles, CA |
| DATE AND HOUR OF SERVICE: | By Process Server on 11/20/2020 at 12:16 |
| JURISDICTION SERVED: | California |
| APPEARANCE OR ANSWER DUE: | None Specified |
| ATTORNEY(S) / SENDER(S): | None Specified |
| ACTION ITEMS: | CT has retained the current log, Retain Date: 11/20/2020, Expected Purge Date: 11/25/2020 |
| | Image SOP |
| | Email Notification,  Cassandra Bishop  cassandra.bishop@hertz.com |
| | Email Notification,  Cassandra Bishop  cassandra.bishop@hertz.com |
| SIGNED:<br>ADDRESS: | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| For Questions: | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Page 1 of  1 / SA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**Exhibit B - Page 28**