# EXHIBIT D

RICHARD E. BROMLEY (SBN 156260)
rbromley@constangy.com
ALEXANDRIA GILBERT (SBN 323513)
agilbert@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
HERTZ LOCAL EDITION CORP.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO**

| | |
|---|---|
| MICHELLE ROMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HERTZ LOCAL EDITION CORP., and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No.<br><br>**DECLARATION OF ASHLEIGH CHAVEZ IN SUPPORT OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (DIVERSITY JURISDICTION)** |

## DECLARATION OF ASHLEIGH CHAVEZ

I, Ashleigh Chavez, hereby declare and state as follows:

　　1.　I am employed by The Hertz Corporation ("Hertz") in San Diego, California. My job title is Human Resources Business Partner. I have been employed by Hertz since June 2019 and am familiar with Hertz's operations and those of its domestic affiliates in the United States, including Hertz Local Edition Corp. ("HLE"). In my position, I have access to information and data regarding Hertz's business operations and those of its subsidiaries and affiliates, and information regarding the overall, direction, and coordination of those activities.

DECLARATION OF ASHLEIGH CHAVEZ IN SUPPORT OF REMOVAL

2. This declaration is based on my personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Hertz's business to maintain such records.

3. HLE is incorporated in the State of Delaware. Its principal place of business, and the location from which its high level officers direct, control and coordinate HLE's activities, is located at the company's headquarters in Estero, Florida.

4. In my role as Human Resources Business Partner, I have access to personnel and payroll information regarding HLE employees and former HLE employees, including Plaintiff Michelle Roman ("Ms. Roman"). According to HLE's corporate records available to me, Ms. Roman was a full-time employee for HLE who was paid at an hourly rate of $16.50 at the time that her employment was terminated. She was hired in August 2018 and her employment was terminated on or about September 28, 2020.

I declare under penalty of perjury under the laws of the United States and the laws of the State of California that the foregoing is true and correct.

Executed on December 12, 2020, at San Diego, California.

By: *Ashleigh Chavez*
Ashleigh Chavez

2
7120172v.1   DECLARATION OF ASHLEIGH CHAVEZ IN SUPPORT OF REMOVAL