1  RICHARD E. BROMLEY (SBN 156260)
   rbromley@constangy.com
2  ALEXANDRIA GILBERT (SBN 323513)
   agilbert@constangy.com
3  **CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
   2029 Century Park East, Suite 1100
4  Los Angeles, California 90067
   Telephone:  (310) 909-7775
5  Facsimile:  (424) 465-6630

6  Attorneys for Defendant
   HERTZ LOCAL EDITION CORP.
7

8              **UNITED STATES DISTRICT COURT**

9        **SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO**

10

11 MICHELLE ROMAN, an individual,        Case No.  **'20 CV 2462 BEN AGS**

12                    Plaintiff,          PROOF OF SERVICE

13        vs.

14 HERTZ LOCAL EDITION CORP., and
   DOES 1 through 25, inclusive,
15
                     Defendants.
16

17

18

19

20

21

22

23

24

25

26

27

28

7133457v.1  PROOF OF SERVICE –NOTICE OF PARTY WITH FINANCIAL INTEREST
            PURSUANT TO CIVIL LOCAL RULE 40.2 AND FRCP 7.1

**PROOF OF SERVICE**

*Michelle Roman v. Hertz Local Edition Corp.,* Case No. _____

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

      I am employed in the County of Los Angeles, State of California. I am over the age 18 and not a party to the within entitled action; my business address is CONSTANGY, BROOKS, SMITH & PROPHETE LLP, and my business address is 2029 Century Park East, Suite 1100, Los Angeles, California 90067.

      On December 17, 2020, I served the document(s) described as **HERTZ LOCAL EDITION CORP.'S NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE 40.2 AND FRCP 7.1** on the interested party(ies) on this action as follows:

  **SEE ATTACHED SERVICE LIST**

**BY REGULAR MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Constangy, Brooks, Smith & Prophete, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

**(FEDERAL)** I declare under penalty of perjury under that laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

      Executed on **December 17, 2020**, in Los Angeles, California.

_____
LETTY TOSCANO

7133457v.1    PROOF OF SERVICE –NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE 40.2 AND FRCP 7.1

## <u>SERVICE LIST</u>

*Michelle Roman v. Hertz Local Edition Corp.,* Case No. _____

Joshua D. Gruenberg, Esq.
**GRUENBERG LAW**
2155 First Avenue
San Diego, California 92101
Telephone: (619) 230-1234
Facsimile: (619) 230-1074
E-mail:  josh@gruenberglaw.com

*Attorneys for Plaintiff*
Michelle Roman

Zachary T. Tyson, Esq.
**LAW OFFICE OF ZACHARY T. TYSON**
2169 1st Avenue
San Diego, California 92101
Telephone: (619) 237-9292

7133457v.1  PROOF OF SERVICE –NOTICE OF PARTY WITH FINANCIAL INTEREST PURSUANT TO CIVIL LOCAL RULE 40.2 AND FRCP 7.1