RICHARD E. BROMLEY (SBN 156260)
rbromley@constangy.com
ALEXANDRIA GILBERT (SBN 323513)
agilbert@constangy.com
**CONSTANGY, BROOKS, SMITH & PROPHETE, LLP**
2029 Century Park East, Suite 1100
Los Angeles, California 90067
Telephone: (310) 909-7775
Facsimile: (424) 465-6630

Attorneys for Defendant
HERTZ LOCAL EDITION CORP.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA – SAN DIEGO

| | |
|---|---|
| MICHELLE ROMAN, an individual,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>HERTZ LOCAL EDITION CORP., and DOES 1 through 25, inclusive,<br><br>　　　　　　Defendants. | Case No. **'20CV2462 BEN AGS**<br><br>PROOF OF SERVICE |

7133287v.1

PROOF OF SERVICE – NOTICE OF REMOVAL

**PROOF OF SERVICE**

*Michelle Roman v. Hertz Local Edition Corp.,* Case No. _____

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age 18 and not a party to the within entitled action; my business address is CONSTANGY, BROOKS, SMITH & PROPHETE LLP, and my business address is 2029 Century Park East, Suite 1100, Los Angeles, California 90067.

On December 17, 2020, I served the document(s) described as **NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. §§ 1332, 1441 AND 1446 (DIVERSITY JURISDICTION); EXHIBITS** on the interested party(ies) on this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY REGULAR MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Constangy, Brooks, Smith & Prophete, LLP's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing as set forth in this Proof of Service.

**(FEDERAL)** I declare under penalty of perjury under that laws of the State of California that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **December 17, 2020**, in Los Angeles, California.

_____
LETTY TOSCANO

## SERVICE LIST

*Michelle Roman v. Hertz Local Edition Corp.,* Case No. _____

| | |
|---|---|
| Joshua D. Gruenberg, Esq.<br>**GRUENBERG LAW**<br>2155 First Avenue<br>San Diego, California 92101<br>Telephone: (619) 230-1234<br>Facsimile: (619) 230-1074<br>E-mail: josh@gruenberglaw.com | *Attorneys for Plaintiff*<br>Michelle Roman |
| Zachary T. Tyson, Esq.<br>**LAW OFFICE OF ZACHARY T. TYSON**<br>2169 1st Avenue<br>San Diego, California 92101<br>Telephone: (619) 237-9292 | |